UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHELLE ISRAEL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   NO. 3:21-cv-00073 |
| | ) |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) ) ) |
| | ) |
|     Defendant. | ) |

## ORDER

Michelle Israel filed a pro se employment discrimination complaint against the Metropolitan Government of Nashville and Davidson County. (Doc. No. 1). Israel submitted the incorrect filing fee, and, on February 1, 2021, the Clerk's Office returned the check to Israel for payment of the correct fee. Because Israel took no action, on February 18, 2021, the Court ordered Israel to, within 30 days, submit either (1) the full $402.00 fee to the Clerk of Court; or (2) an application to proceed as a pauper. (Doc. No. 3.) The Court warned Israel that failure to comply or request an extension of time would result in dismissal of the Complaint for want of prosecution and failure to follow an order of the Court. (Id.)

Israel has not responded to the Court's Order. Because he has not paid the filing fee, this suit may not proceed on the merits in federal court. 28 U.S.C. § 1914. Furthermore, this action is subject to sua sponte dismissal for want of prosecution and failure to comply with the Court's Order. Moore v. Werich, No. 3:20-cv-00099, 2020 WL 6134994, at *1 (M.D. Tenn. Oct. 19, 2020) (citing Carter v. City of Memphis, 636 F.2d 159, 161 (6th Cir. 1980)); Fed. R. Civ. P. 41(b); see also Link v. Wabash Railroad, 370 U.S. 626, 630-31 (1962) (explaining that federal courts have

the inherent power to dismiss cases for want of prosecution "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases").

For these reasons, this action is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 3:21-cv-00073   Document 4   Filed 04/05/21   Page 2 of 2 PageID #: 43